IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROUND ROCK RESEARCH, LLC, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 11-1279-RGA |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| AMAZON.COM, INC., ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT AMAZON.COM, INC.'S
## MOTION TO DISMISS AND MOTION TO STRIKE, OR IN THE ALTERNATIVE,
## FOR A MORE DEFINITE STATEMENT

Defendant Amazon.com, ("Amazon.com") hereby moves to dismiss Plaintiff Round Rock Research LLC's Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted, and to strike the paragraphs of the prayer for relief seeking treble damages, and in the alternative, pursuant to Federal Rule of Civil Procedure 12(e) for a more definite statement. The grounds for this motion are set forth in Amazon.com, Inc.'s opening brief, filed herewith.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

I. Neel Chatterjee
Gabriel M. Ramsey
Orrick Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025
Tel: (650) 614-7400

Dated: February 24, 2012
1048643 / 38740

By: /s/ Richard L. Horwitz
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant Amazon.com, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on February 24, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on February 24, 2012, the attached document was Electronically Mailed to the following person(s):

Brian E. Farnan
Farnan LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
bfarnan@farnanlaw.com

Jon T. Hohenthaner
Jason Berrebi
Eugene Chiu
John Spaccarotella
Desmarais LLP
230 Park Avenue
New York, NY 10169
jhohenthaner@desmaraisllp.com
jberrebi@desmaraisllp.com
echiu@desmaraisllp.com
jspaccarotella@desmaraisllp.com

By: /s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

1048593 / 38740