IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROUND ROCK RESEARCH, LLC, | |
| Plaintiff, | Civil Action No. 1:11-cv-01279-RGA |
| v. | **JURY TRIAL DEMANDED** |
| AMAZON.COM, INC., | |
| Defendant. | |

**NOTICE OF ORDER VACATING STAY ISSUED BY THE U.S. BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE**

Please take notice that on May 2, 2012, the United States Bankruptcy Court for the District of Delaware vacated its previous order imposing a stay on certain aspects of this action. *See* D.I. 25. A copy of the Order vacating the stay is attached hereto as Exhibit A.

Respectfully submitted,

Dated: May 9, 2012

FARNAN LLP

/s/Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
919 North Market Street
12th Floor
Wilmington, DE 19801
(302) 777-0300 (Telephone)
(302) 777-0301 (Facsimile)
bfarnan@farnanlaw.com

Jon T. Hohenthaner (admitted *pro hac vice*)
John C. Spaccarotella (admitted *pro hac vice*)
Jason Berrebi (admitted *pro hac vice*)
Eugene Chiu (admitted *pro hac vice*)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400 (Telephone)

(212) 351-3401 (Facsimile)
jhohenthaner@desmaraisllp.com
jspaccarotella@desmaraisllp.com
jberrebi@desmaraisllp.com
echiu@desmaraisllp.com

*Counsel for Plaintiff
Round Rock Research, LLC*